CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~MIDDLE~~ Western DISTRICT OF PENNSYLVANIA

APR 13 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Abraham (Gurion) Cruz   NY-2555
**Full Name of Plaintiff**   **Inmate Number**

Civil No. 21-388

v.

(to be filled in by the Clerk's Office)

Amended Complaint

Allegheny County Jail 2001-11
**Name of Defendant 1**

(X) Demand for Jury Trial
(__) No Jury Trial Demand

Judge Maria N. Metzel (A.C.J.)
**Name of Defendant 2**

Judge David Ronald Cashman (ACCH)
**Name of Defendant 3**

Warden
**Name of Defendant 4**

Guards (a few)   *Page Attached...*
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.   **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

X   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

X   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

X   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Cruz, Abraham
Name (Last, First, MI)

NY-2555    AG #99357
Inmate Number

State Correctional Institution at Dallas
Place of Confinement

1000 Follies Rd.; P.O. Box 0286
Address

Dallas, Luzerne, Pennsylvania, 18612-286
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
_X_ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:
Allegheny County Jail
Name (Last, First)

Exhouse Prisoners, Prisoners, Employs Staff.
Current Job Title

519 2nd Ave.
Current Work Address

Pittsburgh, Allegheny, Pennsylvania. 15219
City, County, State, Zip Code

Page 2 of 6

**Defendant 2:**

Name (Last, First): Metzel, Maria N.

Current Job Title: Judge at Alleg. Co. Jail

Current Work Address: 915 2nd Ave.

City, County, State, Zip Code: Pittsburgh, Allegheny, Pennsylvania. 15219

**Defendant 3:**

Name (Last, First): Cashman, David R.

Current Job Title: Judge at County Courthouse

Current Work Address: 436 Grant Street

City, County, State, Zip Code: Pittsburgh, Allegheny, Pennsylvania. 15219

**Defendant 4:**

Name (Last, First):

Current Job Title: Warden of Allegheny County Prison

Current Work Address: 915 2nd Ave.

City, County, State, Zip Code: Pittsburgh, Allegheny, Pennsylvania, 15219

**Defendant 5:**

Name (Last, First): C.O. Mondone; C.O. Edwards;

Current Job Title: Correctional Officers, Guards, Care and hold prisoners.

Current Work Address: 915 2nd Ave.

City, County, State, Zip Code: Pittsburgh, Allegheny, Pennsylvania. 15219

Defendant 6:
  Mrs. Roberts
  Nurse, Care and Medicate prisoners.
  915 2nd Ave.
  Pittsburgh, Allegheny, Pennsylvania.      15219

Defendant 7:
  Mr. Sandstone, William N. Ph. M.D.
  Psychiatrist
  915 2nd Ave.
  Pittsburgh, Allegheny, Pennsylvania.      15219

Defendant 8: Cite;
  Valentin v. Dinkins 121 F.2d 72, 76 (2d Cir. 1997):
A Pro Se Litigant is entitled to the assistance of the District Court in identifying an unidentified Defendant.

III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

At Allegheny County Jail (A.C.J.) or enroute to in 2 arrests (2001), in 3 arrests (2005), 1 arrest (2007) at Mckeesport Hospital, 1 arrest (2006), for Hon. Cashman at A.C.J. (Nov.-Feb. 08) sentenced in Sup.Court Decision violation, to Cove Forge (Feb.-Apr. 08). There's Identity Theft to #99357, 1-2008, 2-2009.

B. On what date did the events giving rise to your claim(s) occur?

During arrests and stays at Allegheny County Jail 2001-2011, State Police reporting visits, Ex justifacke Warrants from Judge Hon. Cashman for Murder in Investigations of 2009 and 2012.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

1. S.C.I.-Pittsburgh (Pgh.), State Police, A.C.J.; In Cajole. Megan's Law- Mr. Cruz was put on it by Honorable Judge David R. Cashman with no Merits at S.C.I.-Pgh (97-99), with Ms. Winter (Counselor). Released, and I went to many places about it, after I had went to West-end State Police and Reported it. No one told me the whole time (13 yrs) that Hon. Cashman was the Judge that I had not seen... to be on it.

2. At Pub, Interus (A.C.J.), Arrest: Planned at Jail, then at Pub. Hon. Cashman (Inversol) set me up priorly with people and cops. On 7/7/2001 at Longo's Bar, I was arrested at my Bar for a minor inside on bar top complaint and was mistreated (tight cuffs). Released off of cuffs at Interus, I hit Officer Ponzallyn for it, at Jail. They rushed me. Hon. Judge D.R.C. awaited there, from up shadows at Bar, waited at A.C.J. Hall cell, went around and came up then shot me in the head. The Director allowed him to take the case, followed. Did not take, ignored "Colloquy Plea". Judge followed the case 10538-01... wow 1370 of 02 in Superior Courts, retaliatious. Check Traffic Lights at Arlington and Warrington Avenue's, Bar and Cops.

III-C-3.
   Case 10538-01: Superior Court 2002, Favorable Decision 2002 Received from Narvin Esq. in 2003 with Case 15479-01 concurrance. Now 1370(W.D.A.)2002.
   1370(W.D.A.)2002 has a Superior Court of Penna. filed a "Sentence Vacated in Part/Affirmed in Part" on Aug. 20th, 2003 Doc. Date 7/7/03.
   Now, I cannot get it opened in 2020-21... yet it has an "Order-Application for Relief" Denied for All. Co. District Attorney's Office, Criminal Division on Feb. 3rd, 2020 Doc. Date Jan. 29th, 2020. And mine has been denied, I cannot find out that way. Need to know, to proceed.
   Aug. 20th, 03 "Sentence Vacated in Part/Affirmed in part was a violation to the Courts for I just had max the 9-18 mo. there was no Probation, it was also violated (A.C.J.) records. Gubernador Insubordination!
   I wrote to Re-open for Retaliations ensued, and enclosed on-going letter of request "Exhibit 1" of Mr. Michael McGeever, Director to return me my money I paid for Parole for 9mo. (Nov. 02 - Aug. 03). This is what I think that request by Order to the Courts was about. Why ask higher Courts, I paid Prob. & Parole on South Side Pittsburgh after all these years, I'm still trying, been blockaded.

III-C-4. Superior Court denial (?) Letter (doubt it, it hoax.); Up Chain of Commands; Exhausted Remedies then talked to Lady A.C.J. Judge about it all. I had received a fake closed Case 2005 letter, on the run... from Bashing and Retaliations... the released... then back for me to leave behind to lose Records. Courts are still Aloft.

III-C-5. At steps, from Gym: 3 people and Hon. Judge Cashman set it up, and awaited on steps and attacked Mr. Cruz, tried to unsuccessful block Mr. Cruz from going upstairs by beating him up.

6. At the waiting hall cell: Mr. Cruz, did not get medical attention... Ms. Roberts was at hand, but was not Security cleared to interfere.

7. At the waiting hall phones: Courts defier, eccentric, vendetta; Honorable Judge David Ronald Cashman (D.R.C.) had 3-4 guys to hit Mr. Cruz with a pair of Brassknuckles (one did). Ran to Holding Cells and then met with D.R.C. for Pay at Interns. C.O. Edwards watched all along. Signaled me, not to stand up, to stand down. But may have opened my cell to let the imposters in cell on me, while I was asleep with a black-eye. In Zone Of Danger (Z.O.D.). C.O. Edward tazed (2).

8. At the roll-out (Shuttle) to Municiple Building: A C.O. Mondone slapped me for not signing a Postponedment (2) May 14th, 2007(?) for Hearing... Postponed it anyway.

9. At State Police Station: Interns, after arrest at Coroapolis, PA.. State Police brought Mr. Cruz in from Barracks after an Officer smacked Mr. Cruz for no reason, Hon. Cashman's order or bet. Peace Justice helped me to get me back out there to Report to Judge Cashman's Megan's Law with no Merits out in West-end. Officers visited Mr. Cruz everywhere for no reason, I reported monthly to a unonymous Judge's Order.

III-C-10. At Beltzhoover, Penna. "Candy Store": Mr. Cruz was let out a few times (in and out), I went into "The Beys Store" on Beltzhoover Ave. and Climax St. with a few kids to buy them all something. As we all walked out of the Store... I was shot a few times by Police Officers:
1. Mr. Johns #115   2. Mr. Johnson #118   3. Mr. Weston #129. Picked Mr. Cruz up in pieces, then dropped me off at Western Psych. Oakland, PA. in pieces to Staff. What a Protocol?

11. How many Evaluations, would I need, to Live among the Mortals; Mortuary. I had seen Psychiatrist Mr. William N. Sandstone Ph.D.. Yet, I do not know if he had to sign or agree/disagree. I have been sent to or taken to:
Cove Forge - 2008
Torrence M.H. - 2007, 2017
Western Psychologist/Psychiatrist - 2001, 2005, 2007, 2009.
From A.C.J. to elsewhere as if the Doctors there's Opinion did not count.

12. A.C.J. and Allegheny County Courthouse's "Cloaks and Daggers" believe that they have got away with Killing Francisca (Killie) Hostos in 2007 in the Courthouse's Yard. The C.E.O. wants an Investigation of why haven't these Accomplices witnesses have not come forward. She is still my Guardian.
The Courts has not, The Courts have not stop paying Culprits, have not Reprove, did not slap on the hands, did not scold, did not Scorn, had not Reprieve nor Reprimand Hon. Judge D.R.C. For his Eccentric Actions, Vendetta, Revengeful, Retaliations and neither has done this Institution.

*[Margin note, top-left, handwritten:]* Tapes, Cameras, Videos & P. Transcripts

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed. They were in violation of the Constitution of the United States of America, and/or Laws of the United States, in violation of 1, 2, 4, 5, 6, 7, 9, 11, 12, 14, and 18 Amendments, and Acted under the color of Federal, State and Local Laws, Statutes, Ordinances, Rules, Regulations and Norms of this Institution. They violated: Gay Walker, Warrants (Ex justifacke Warrants), Unfulible, Forma Pauperis, Miranda Rights, were Biased, No Impartiality, Hate Crimes, Invaded Ordinances residence and Fired weapon on Resident, Bashing, Gave, set Orders, Assaulted at A.C.G., Crimes and Permissions to arrest, to Fire on sight of Mr. Cruz, Cruel and Unusual Punishments, Retaliation, made me face the Death Penalty with no Evidence and an Accused Attested, Megan's Law for 13 yrs. in West-end, Pittsburgh with No Merits, Allowed disrespect, of Favorable Superior Court Decisions, Due Process Clause, I want $250,000,000.00 for Damages of: Compensative, Commulative, Denominal; Nominal, Punitive, Superlative, Pain and Suffering and the sufferings of the Homocidal Attempts, Persecutions and Prosecutions, Incommunicado (2008) Zone of Danger

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above. Physical injuries, Spiritual injuries, Bodily injuries and Mentally injury that disturbances as not reachable doers their Torts, Malicious Torts, Malicious Intents with Wounds that leaves Scars throughout these years of Persecutions and Prosecutions as if only me that had been put through so many Mental Hosp. Pages Attached...

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money. See a Dentist-Perodontist. Crimes had not stopped paying, did not reprove, did not slap on his hands-handclapped him instead, did not scold, did not scorn, had not reprieve nor reprimand Honorable Mr. David Ronald Cashman (Inversol) Relief Incommunicado (2008) from Hon. Cashman at Pgh, PA. U.S.P.S. Pages Attached...

V- Injuries:
over an Eccentric, Zone of Danger (Z.O.D.); Incommunicado (Circa 2008 at Allegheny County Jail (A.C.J.); Megan's Law (13 yrs. with no Judge, no Merits.); Broke amorous relationship of seven years had Ms. Rita Strong shoot Cruz in the head while in bed; False arrests; Others P.F.A. to keep me arrested and kept me or us away from each other. Not retarded as Judge Cashman has portrayed all along to get or have your support; Identity; Sprang ankle; Almost busted left eye (Black-eye off of a pair of Brassknuckles.); other C.O. opened Holding-Cell while I slept and attacked again; Blurred Vision; Exhausted Remedies/Chain of Commands; No Medical Attention (Ms. Roberts) not security cleared; Slapped by C.O. Mondove for not Postponing by signing, still postponed; Sore cheeks, Aghast; Sore scarred wrists; Chased me Homeless for 2½ mo.; Identity Theft; The Governor of Pittsburgh Pennsylvania shot in the Head by Hon. Judge Cashman after a set case 10538-01; Brain showing taken to Western Psych.; Have had 1000's of fights while on Persecution, Prosecution; Double Lifer now no Evidence and A.C.J. knew he was on my tail and that Judge Cashman used and may have been here in A.C. Jail while the dirty work of his Exjustitacke was in effect plotted Murder.

VII- Relief:
Relief Zone of Danger, of Executioner's Title - Commissioners Office of Harrisburg, PA.
Relief of Megans Law and S.O.R.N.A. (Feds), no Merits, no requirements.
Relief Money Compensations & of Voting 2019 in S.C.I.- Camphill, PA.
Relief of 619 (Money Lien); 714 (Not to be alone in my Ordinance Homes); 804 (Business-Properties decided in 1989.); 805 (Inheritances, like Evil Knieval & Morgan Freeman.).



## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

April 8th, 2021
_____
Date