IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ABRAHAM (JUNIOR) CRUZ, | ) | |
|---|---|---|
| Plaintiff, | ) ) | Civil Action No. 21-388 |
| v. | ) ) ) | Judge Christy Criswell Wiegand Magistrate Judge Lisa Pupo Lenihan |
| ALLEGHNEY COUNTY JAIL, JUDGE MARIA N. METZEL, JUDGE DAVID R. CASHMAN, WARDEN ALLEGHENY COUNTY JAIL, C.O. MONDONE, C.O. EDWARDS, MRS. ROBERTS, MR. WILLIAM N. SANDSTONE, JOHN AND/OR JANE DOES, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 4, 2021, the Magistrate Judge issued a Report, ECF No. 19, recommending that, pursuant to the screening provisions of the Prison Litigation Reform Act, Plaintiff's Amended Complaint, ECF No. 17, should be dismissed with prejudice. Service of the Report and Recommendation ("R&R") was made, and Plaintiff has filed Objections. *See* ECF No. 20.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: Plaintiff's Amended Complaint, ECF No. 17, is hereby DISMISSED WITH PREJUDICE, and the R&R, ECF No. 19, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

June 30, 2021                                    s\Christy Criswell Wiegand
                                                 Christy Criswell Wiegand
                                                 United States District Judge


Cc:    Abraham (Junior) Cruz
       NY-2555
       SCI Dallas
       1000 Follies Rd.
       Dallas, PA 18612-0286